ACCEPTED
03-15-00295-CV
7540995
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 2:59:06 PM
JEFFREY D. KYLE
CLERK

DOCKET NO. 3-15-00295-CV

| | | |
|---|---|---|
| GERALD KOSTECKA | § | THIRD COURT OF |
| | § | APPEALS |
| | § | |
| V. | § | |
| | § | |
| SMOKEY MO'S FRANCHISE, | § | |
| LLC D/B/A SMOKEY MO'S | | |
| BBQ | | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/26/2015 2:59:06 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

COMES NOW, Appellant Gerald Kostecka, and pursuant to the Texas Rules of Appellate Procedure 38.6(d) and 10.5(b), files this Motion for Extension of Time to File Reply Brief, and in support thereof would show as follows:

I.

Appellant's reply brief in this case is due October 28, 2015. Appellant is seeking a 10-day extension of time to file the brief until November 7, 2015. Appellee agrees that Appellant should be granted this 21-day extension of time to file his brief. This is the first request for an extension of time to file his reply brief made by Appellant.

## II.

Appellant's counsel has had a very busy schedule this summer and fall, and will continue to have a very full docket for the next few weeks. Appellant's counsel is also a trial attorney and has a number of cases pending before Travis County, Hays County and Williamson County courts, as well as before courts of other counties in Texas. In addition, Appellant's counsel has recently gone through a divorce proceeding in Travis County and has substantial responsibilities relating to his 11 and 13 year old sons this summer. Inasmuch as his former spouse has less flexibility in her job than Appellant's counsel, the undersigned counsel has taken on a large role in meeting the needs of his children this summer and fall, and will continue to do so as the year progresses. Also, Appellant's counsel has an 86-year old mother living in Central Texas who is ill and needs substantial time and attention, which only the undersigned counsel is situated to provide. Another person who provides some assistance to Appellant's counsel in this regard is heading out of the country tomorrow morning and the time commitment of the undersigned counsel to his mother will increase. Further, the

undersigned counsel's life-long friend and first cousin has sustained severe injuries and needs the undersigned counsel's care and attention. The undersigned counsel has provided the same. In addition, my first cousin and friend is having major surgery today at The Hospital at Westlake Medical Center and needs my assistance.

III.

This Motion is not filed for delay only, but so that justice may be done. The undersigned counsel has personal knowledge of the facts set forth in this Motion. Appellant respectfully requests that this Court extend the deadline for filing Appellant's reply brief until November 7, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellant Gerald Kostecka respectfully requests that this Court grant his Motion for Extension of Time to File Appellant's Reply Brief, and requests that the Court grant such further and other relief to which Appellant may be entitled.

Respectfully submitted,

LAW OFFICE OF STUART WHITLOW

By: /s/ Stuart Whitlow_____
      Stuart Whitlow
      Texas Bar No.:  21378050
      1104 S. Mays, Suite 116
      Round Rock, Texas 78664
      Tel. (737) 346-1839
      Fax (512) 218-9235
      Email stuartrtwhitlowlaw@yahoo.com
      Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing legal instrument was served upon Robert House, Clark & Trevino, 1701 Directors Boulevard, Suite 920, Austin, Texas 78744, in accordance with the Texas Rules of Civil Procedure on the 26th day of October, 2015.

_/s/Stuart Whitlow_____
Stuart Whitlow

## CERTIFICATE OF CONFERENCE

This is to certify that Stuart Whitlow, counsel for Appellant Gerald Kostecka attempted to reach counsel for Appellee regarding this Motion but have not been able to reach him.

_/s/Stuart Whitlow_____
Stuart Whitlow